**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.M.R.,<br>(A-Number: 244-764-178)<br><br>       Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>       Respondents. | No. 1:25-cv-01517 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 22)<br><br>ORDER DENYING MOTION TO STAY PROCEEDINGS AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

M.M.R. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 21, 2026, the assigned Magistrate Judge issued Findings and Recommendations to deny Respondent's motion to stay proceedings. (Doc. 22.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days. (Doc. 22.) On February 9, 2026, Respondents filed objections. (Doc. 26.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.      The Findings and Recommendations issued on January 21, 2026, (Doc. 22), are **ADOPTED** in full.

1

2.	Respondents' motion for stay is **DENIED**.

3.	The matter is **REFERRED** to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:	**April 17, 2026**

UNITED STATES DISTRICT JUDGE