UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.R., <br> (A Number: 381-140-443) <br><br> Petitioner, <br> v. <br><br> CHRISTOPHER CHESTNUT, et al., <br><br> Respondents. | Case No. 1:25-cv-01517-JLT-EGC (HC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. 30) |

M.M.R. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 13, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the Petition on the basis that Petitioner is entitled a bond hearing. (Doc. 30.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within twenty-one days. (*Id.* at 10.) Respondents filed objections (Doc. 31), reiterating arguments that this Court has repeatedly rejected.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

2. Because the Court previously ordered a bond hearing, the Court finds that no further relief from this Court is necessary.

3.  The Clerk of Court is directed to **CLOSE THIS CASE**.


IT IS SO ORDERED.

Dated:   **June 25, 2026**

_____
UNITED STATES DISTRICT JUDGE

2